

| AO 440 (Rev. 10/93) Summons in a Civil Action | **RETURN OF SERVICE** |
|---|---|
| SERVICE OF: **SUMMONS, COMPLAINT, EXHIBITS,** <br> EFFECTED (1) BY ME: **ANTHONY IAVARONE** <br> TITLE: **PROCESS SERVER** | DATE: **08/10/2013 10:49AM** |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant:

ANTHONY CONNORS

Place where served:

132 LAWRENCE AVE   HASBROUCK HEIGHTS NJ 07604

[X] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

JILL CONNORS

Relationship to defendant: MOTHER

Description of person accepting service:

SEX: F   AGE: 51-65   HEIGHT: 5'4"-5'8"   WEIGHT: 131-160 LBS.   SKIN: WHITE   HAIR: BROWN   OTHER: _____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

1ST ATTEMPT FRIDAY 8/9/13 TWO HOUR WAIT TIME FROM 6PM TO 8PM. 2ND ATTEMPT SATURDAY 8/10/13 WITH WAIT TIME FROM 630AM TO 830AM. TOTAL WAIT TIME OF 4 HOURS. BILL 4 HOUR WAIT TIME MOTHER JILL CONNORS PULLED INTO DRIVEWAY WITH HER VEHICLE ROLLED DOWN WINDOW CONFIRMED ANTHONY LIVES HERE AND HER NAME AND RELATION AFTER SERVING SHE THREW PAPERS BACK AT ME SAYING HAS TO GO TO THEIR ATTORNEY DIRECTLY AND PULLED OUT OF DRIVEWAY.

### STATEMENT OF SERVER

TRAVEL $ _____.___     SERVICES $ _____.___     TOTAL $ _____.___

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

DATE: __/ 13 /20 13 _____ L.S.
SIGNATURE OF ANTHONY IAVARONE
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

KATHLEEN M. LORE
NOTARY PUBLIC OF NEW JERSEY
My Commission Expires June 14, 2016

ATTORNEY: BRUCE D. GREENBERG, ESQ.
PLAINTIFF: THERMOLIFE INTERNATIONAL, LLC, ET AL
DEFENDANT: ANTHONY CONNORS, ET AL
VENUE: DISTRICT
DOCKET: 2 13 CV 04399 KM MCA

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.