UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC and RON KRAMER<br><br>Plaintiffs,<br><br>v.<br><br>ANTHONY CONNORS and JANE DOE CONNORS,<br><br>Defendants. | Civil Action No. 13-4399 (KM)<br><br>**ORDER TO SHOW CAUSE** |

**KEVIN MCNULTY, U.S.D.J.:**

**IT APPEARING** that Plaintiffs, Thermolife International, LLC and Ron Kramer, initiated this action by filing a Complaint in this Court on July 19, 2013, Docket No. 1,; and it further

**APPEARING** that Defendants, Anthony Connors and Jane Doe Connors have failed to appear in this Court to respond to the Complaint; and it further

**APPEARING** that the Clerk of Court entered Default as to Defendants on September 5, 2013; and it further

**APPEARING** that Plaintiffs filed a Motion for Default Judgment requesting the entry of injunctive relief and damages in favor of Plaintiff, Docket No. 7; therefore

**IT IS** on this 2nd day of January 2014 hereby

**ORDERED** that Defendants are to **SHOW CAUSE** why this Court should not enter default judgment in favor of Plaintiffs, awarding Plaintiff the injunctive and compensatory relief requested; and it is further

1

**ORDERED** that all papers in support or opposition, including proof of Plaintiff's damages in the form of documentary evidence and/or affidavits, be submitted on or before January 22, 2014. The Court will advise the parties if personal appearances are required; and it is finally

**ORDERED** that all papers in support and opposition be personally served upon all parties.

_____
**KEVIN MCNULTY**
**United States District Judge**